No. 57580.—Air Express International Agency, Inc., and General Motors Overseas Operations et al. *v.* United States, protests 174332–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of ¼-, ½-, 1-, or 2-watt carbon resistors, composed in chief value of metal, used chiefly as parts of radio apparatus, instruments, or devices, the claim of the plaintiffs was sustained.

No. 57581.—Dorf International, Ltd., and Carl Cordover & Co. *v.* United States, protest 181941–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of resistors similar in all material respects to those the subject of Abstract 57045, the claim of the plaintiffs was sustained.

No. 57582.—Duff & Co., Inc., and Barnett Int'l Forwarders, Inc. *v.* United States, protest 192404–K (A) (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of 2-watt carbon resistors, composed in chief value of metal, used chiefly as parts of radio apparatus, instruments, or devices, the claim of the plaintiffs was sustained.